# EXHIBIT B

                                                                                              Corey Boddie <corey@boddieassoc.com>

## One of Those Days Screenplay RE: The Way It Leaked

**Corey Boddie** <corey@boddieassoc.com>                                                         Fri, Jan 31, 2025 at 5:10 PM
To: "Hallinan, Kathleen" <kathleen_hallinan@spe.sony.com>

Hi Kathleen,
The additional information is as follows:

Our clients gave the script to ONE OF THOSE DAYS to Danny Hamouie, a well known producer in the industry, who believe gave the script/concept to one of the producers of ONE OF THEM DAYS (See the forwarded email below). I have also included a list of similarities between ONE OF THEM DAYS to ONE OF THOSE DAYS from my clients. See below:

Similarities:
- The titles of both movies are very similar. Ours is One of Those Days. Theirs is One of Them Days.
- Both films tap into the impulse to cast hot and relevant popular hip-hop artists of the contemporary era in a pivotal role. In one script, it is SZA. In another script, it is Young Thug.
- Both scripts take place in LA, CA.
- Both scripts utilize hood elements, including references to the street 'Crenshaw', in their world-building and meld that with female buddy comedy elements to make them relevant to the urban Black community.
- The character with a traditional job approach, Keke Palmer's character, is the star of her job and up for promotion. Our character, Tiffany, has a job, "Gnomin'" which she considers respectable, and she is hardworking. She is told by her boss, Tom, that he is thinking of giving her a promotion to "Scarecrowing," which is an upgrade from "Gnomin."
- Both stories utilize main characters who are in college. Our character, Amy, is headed to her college class at community college. There is also a reference to Phoenix College tying college into our script. Keke Palmer and Sza discuss finishing college credits, when Keke Palmer is being picked up from work, and how she needs to finish her college credits to graduate.
- The character with the traditional job approach, Keke Palmer's character, works in a job environment that is highlighted as possibly dangerous to heighten her need to get out of that situation. This is illustrated by the dishwasher breaking and forcing the dishwasher attendant to fly across the room from the dishwasher, exploding and hitting the wall unconscious. Our rendition of danger in our script is the environmental hazards that Tiffany must face while gnomin.
- In their script, the maverick character, SZA's character, with a nontraditional job approach, drives a beater, a yellow pinto-like car. In our script, that same character foil, Amy, drives a 1997 Geo Prizm, which is a total beater as well.
- In their script, the name of the maverick character with a nontraditional job approach starts with an A and is named Alyssa. In our script, her name starts with an A and is Amy.
- In the Original short, the two main characters get beaten up and robbed for their money, which is the same in both scripts. The red-haired girl in their script beats up both SZA and Keke Palmer's characters and takes their money after kicking their ass.
- Both scripts feature the characters living in a run-down apartment within the hood.
- In both scripts, the characters struggle with money problems. Both scripts showcase the characters living paycheck to paycheck, trying to escape their financial troubles by any means necessary.
- Money is owed to a dangerous and thug-like authoritative figure in both scripts. In their script, the thug is Lolo. In our's, it's Reginald, aka Doc Brown.

- Doc Brown, in the initial short, has two thugs lackeys with him, which is the same as the villain Lolo, who has two lackeys with him as Lolo enters the party where the girls are selling art.
- The personality of the maverick character, SZA, with nontraditional job approach, is juxtaposed against the personality of a character who is responsible and has a traditional job approach, which is Keke Palmer's character. This is the dynamic of our two characters, Amy and Tiffany, with one another.
- The character who is maverick, SZA's character, has a scene in the introduction of her character that involves sexual activity and getting banged by her boyfriend. In our script, Amy is lying in bed with her girlfriend, about to engage in an intimate act.
- The characters in both films connect with other characters after putting an ad out on the internet at a public park.
- The thug character has two guys with him as he enters a party and fires the gun to clear the room. This is similar to a version of our script as well. Both scripts showcase a gun being fired, which clears the room/party.
- Both scripts showcase the two main characters being chased into an alley after run-ins with assailants, heightening the tension. In one script, it is because they are being chased by Deniece, the angry lover. In the other script, it is because the main characters are being chased by MIB.
- In their script, SZA's boyfriend is given the rent money and dips and cannot be found or contacted. In our script, the weed vanishes along with the thief, who also cannot be found or contacted, setting our characters in a race against time to solve their problem.
- A segment follows the disappearance of the thief that involves seeking ways to contact him in both scripts, and in both scripts, psychic/spiritual elements are used to find the thief, but it fails. Our script has the main characters meeting Gina, the psychic, to find out answers to thieves that stole their weed. In their script, SZA's character tries to utilize spiritual elements/psychic abilities to find information on the boyfriend who took their money.
- The use of an unruly/poorly trained dog in both movies. Ours is utilized through the meeting of the Pookie's dog in outer space and the dog is scarily aggressive. Theirs is utilized through the meeting of Bethany's dog in their apartment complex and the dog poops everywhere and chews things up.
- Both movies feature a caught cheating scenario that is linked to finding out more about the thief, where one of the parties involved is clueless about the occurrence, but the two main characters are privy to it. In one script, it is an affair with a basketball player that a wife is having, but she has convinced her husband it was an alien abduction. In the other script, Keshawn is cheating with Deniece, but Deniece has yet to discover the betrayal.
- Both scripts have a situation with a dangerous snake that is(are) suddenly let loose. Ours occurs when the Pastor holds snakes that slither away from him inside the weed shop, and theirs is when a snake escapes from its cage within the room.
- Both scripts utilize the concept/plot device of the characters on the run from assailants that pose a possible threat to their safety throughout the entire movie. In both movies, this is the main character's reality. In one script, the assailants are the MIB. In the other script, the assailants are Lolo and Deniece.
- When the thief is located, he has spent/smoked what they were out to find, leaving them in a stickier situation. In our movie, they find the weed and realize it's been smoked. In their movie, they find out the money was spent on clothes, which sends them into a risky situation with a ticking clock.
- In both films, the main characters struggle with being hopelessly enamored and in love with the thief who stole their money in their movie/weed in our movie. In our script, it is Tiffany who falls in love with the thief Pookie. In their script, Alyssa is in love with the thief Keshawn.

- Keke Palmer's love interest drives a luxury car (Mercedes Benz) like Tiffany's love interest drives a luxury car. The responsible character with a traditional job approach falls for a black man who drives a nice car, like the responsible character in our script, who falls for a "black man" with a nice car (Rolls-Royce).
- Both scripts feature a segment of zany shenanigans to acquire the needed money that all fail. Both scripts send the main characters into ridiculous situations to make money to solve their dilemma.
- A scene where, out of desperation, the two mains meet with a cop-like authority figure for an easy solution to their problem, but the cop-like authority figure doesn't take them seriously and is dismissive. And in both scenes, it becomes absurd/funny that the main characters ever thought they could get help from the copy-like figure in the first place. Also, in both scripts the scenario is doomed from the start, because even with the desired outcome it would have still proven an unsuccessful solution. In both scripts the scene ends with the main characters being forcefully asked to leave by the cop-like figure. In our movie, a police officer questions the main characters about aliens. In their movie, a payday loan clerk questions the main characters about their credit. The payday loan clerk is a bounty hunter and toward the end of the movie she has a shootout with Lolo in a cop-like bust.
- The maverick character with a nontraditional job approach has stomach problems in both scripts. In our script, it is Amy and she has IBS. In their script, it is Alyssa and she is lactose intolerant.
- Between the two leads, there is a repetition of jokes that reference their lesbianism. In our script, Amy is a lesbian and jokes about it; in their script, SZA tries to sell the fact that she and Keke Palmer are lesbians to try and get money to solve their problem.
- In both scripts, there is a scene where the main characters have sought out a service that they cannot pay for and end up running from the situation without paying after they've received the service. In their movie, they flee after being cared for in an ambulance. In our script, the girls dipped out after being unable to pay for their psychic visit.
- In both scripts, the first plausible path to getting them out of their situation is realized after a moment of unconsciousness and by the same character foils (The maverick character with a nontraditional job approach). Ours happens after Amy smokes an alien bong and is knocked out by it. In their movie, Alyssa gets electrocuted and wakes up to Jordans.
- Both scripts have an ending where the characters reach unprecedented success from an entrepreneurial venture they discover along the way, using items that the world hasn't seen before, which is made possible by the previously established unorthodox path and chain of events the maverick character with the nontraditional job approach has to go through. In our movie, the girls sell an out-of-this-world bong inside the weed shop, where everyone is coming in and out to buy both the bong and the weed. In their movie, the girls are selling art in the courtyard of their building, which is a busy party and is poppin'.  In both movies, the final scene is a party that is a celebration of and acquisition of success in the two main characters' arcs. They have achieved their goal in an unorthodox way, and they are celebrating it.
- Both scripts feature a zany, evangelical, orator sermonizing outside of a strip mall that is overheard by the girls. In our script, we have a zany preacher-type sermonizing about God outside of the weed shop within a strip mall. In their script, Katt Williams's character, Lucky, fits this description but sermonizes about payday loans.
- High-rolling black men show up to the final party late, revealing themselves out of obscurity in both scripts. In their script, this occurs with the Lolo character. In our script, it occurs with the Aliens who are undercover as black, male rappers on Earth.
- In both scripts, both main characters go into business together at the end of the film, culminating in their journey toward the movie's resolution.

- In both scripts, the characters are saved by the universe when hopelessly cornered by assailants. In our script, MIB corners the characters but they are beamed up by the aliens at the last second. In their script, the characters are cornered by Lolo and a piece of the ceiling falls on his head, saving them.

---------- Forwarded message ---------
From: **Josh Isaacson** <ji@savantentertainment.com>
Date: Wed, Oct 18, 2023 at 8:39 PM
Subject: One of Those Days Screenplay
To: Danny Hamouie <danny.hamouie@gmail.com>

Hi Danny,

Per our conversation, please find the script for One of Those Days.

It's tonally like Dude Where's My Car meets Friday.

Looking forward to hearing your thoughts on this.

Best,
Josh

--



Josh Isaacson | Savant Entertainment, Inc.
Founder, Co-Chairman, & CEO
(310) 903-3001
Email: ji@savantentertainment.com
Website: http://savantentertainment.com

[Quoted text hidden]

---

 **One of Those Days.pdf**
586K