# EXHIBIT C

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

JOSHUA ISAACSON, an individual; SHON OKU, an individual and TYRONE PERRY, an individual.

      Plaintiffs,

vs.

SONY PICTURES/TRISTAR PICTURES, COLORCREATIVE PRODUCTIONS, INC, COLORCREATIVE, INC, COLORCREATIVE, LLC, SYREETA SINGLETON and DOES 1-10 INCLUSIVE.

      Defendants.

) Case No.:
)
)
)
) DECLARATION OF
)
) JOHN BRANCATO
)
)
)
)
)
)
)
)

---

I, JOHN BRANCATO, under penalty of perjury declare the following:

1. I graduated cum laude from Harvard College (University) in 1980 with a degree in philosophy. I have been a credited screenwriter for motion picture and network television since 1988. I am currently the Chairperson of the Screen Credits Committee and have chaired the Screen Credits Review Committee of the Writers Guild of America, West ("WGA"). I have been a credit arbiter for the WGA since 1995. Please see my credentials attached as Exhibit A.

2. I have read the screenplay "One of Those Days," written by Josh Isaacson, Tyrone Perry, and Shon Oku, and watched the film "One of Them Days," released through Sony Pictures/Tri-Star in 2025. For all the differences in character, action, dialogue, and tone, I found there to be strong similarities in underlying story structure.

3. "One of Those Days" depicts the adventures of two young women in inner city Los

Angeles, Amy Heller and Tiffany Jones. Amy has a job at a cannabis dispensary, and is conscientious about her work. Her friend Tiffany is a party animal. Both are broke.

4.  Amy volunteers to sell a load of marijuana on the streets for her boss Reginald, who threatens to do her harm if she fails. When the marijuana is taken by aliens who then disappear, Amy and Tiffany scramble to track down the stolen dope and/or find ways to make enough money to save themselves.

5.  These quests drive them through a series of often absurd adventures, encountering strange and sometimes threatening characters along the way. They even visit outer space. All their efforts fail, and it looks like they're going to face Reginald's cruel wrath. Yet they are saved when the aliens give them a magic bong, which Reginald plans to manufacture and make a fortune. The script fast forwards in time to show that both Amy and Tiffany have become happy and successful.

6.  "One of Them Days" tells the story of two young women in inner city Los Angeles, Dreux Jones and Alyssa. Dreux is a waitress in a diner, a hard worker with ambitions to rise into management. Alyssa is an artist, more of a free spirit. Both are broke. When Alyssa's worthless boyfriend Keshawn disappears with their rent money, Dreux and Alyssa face eviction by their villainous landlord. They then set off on a series of adventures, trying to track down Keshawn and/or find ways to make enough money to avoid eviction. Dreux tries to sell her blood.

7.  The stakes rise when they run afoul of a gang-banger by selling his sneakers. At the climax, the many threats are resolved at a pop-up art show, where Dreux gets her dream job and connects with the man of her dreams, while Alyssa sells her paintings and turns in the gang-banger to a collection agency. The film then fast-forwards to show that both women have become happy and successful.

8.  The screenplay and the film are dissimilar in many ways. "One of Those Days" is often

absurd and hallucinatory. "One of Them Days" is grounded in the realities of inner-city life. Amy and Tiffany are crude stoners, while Dreux and Alyssa are developed, three-dimensional characters. The specific adventures the two pairs undergo are entirely different. Yet the spine of the story in both "One of Those Days" and "One of Them Days" is much the same.

9. Both the screenplay and the film revolve around two young women living in inner city Los Angeles, struggling to make ends meet. An inciting event launches them into a desperate scramble to find cash, otherwise they face disaster. Their quest drives them through a series of comic situations. When things look darkest, their fortunes reverse and the women triumph. In a coda, events fast forward to show that both women are now thriving.

10. I have been involved in the screen credits process of the WGA since the early 1990's, arbitrating and overseeing the arbitrations of dozens of films. I have served as chairperson of both the Screen Credits Committee and the Screen Credits Review Committee.

11. If I were given the screenplay "One of Those Days" and tasked with arbitrating the credits for the film "One of Them Days," using the formulae and practices of the WGA, I would give the writers of the screenplay a shared story credit with the writers of "One of Them Days," and full screenplay credit to the writers of "One of Them Days."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 30, 2025

By: _____
John Brancato

3

# John Brancato

2746 Woodshire Drive
Los Angeles, CA 90068
jdbrancato@gmail.com

### Screenwriter
Credited screenwriter on 18 motion pictures and made-for-TV films, 1989-2024
Credited producer on 2 major motion pictures
Creator and Executive Producer, 13 episodes of network television 1998-2000
Credited writer, multiple television episodes, 1988-1992

### Writers Guild of America, West
Member since 1985
Credit arbiter, WGAw, 1995-
Member, Screen Credits Committee, WGAw, 2002 –
Member, WGAw Board of Directors, 2011-12
Chairperson, Screen Credits Committee, WGAw, 2015 –
Chairperson, Screen Credits Review Committee, WGAw, 2016-2021
Oversaw rewriting of the current WGA Screen Credits Manual

### Education
Harvard College, Cambridge, MA, A.B. in philosophy, cum laude, 1980
Editor and Vice-President, The Harvard Lampoon

### Skills
Writing and producing for motion pictures and television
Expert Reading, film and television
Credit arbitration
Supervising and consulting on the credits process for motion pictures