| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | CLEAR FORM |
|---|---|
| Corey D. Boddie, SBN 289185<br>Boddie & Associates P.C.<br>10940 Wilshire Blvd, Suite 1600<br>Los Angeles, CA 90024<br>(310) 873-3722 | |

ATTORNEY(S) FOR: Joshua Isaacson, Shon Oku and Tyrone Perry

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joshua Isaacson, Shon Oku and Tyrone Perry<br><br>Plaintiff(s),<br>v.<br>Sony Pictures Entertainment Inc, Tristar Pictures Inc, ColorCreative Productions Inc., ColorCreative Inc. ColorCreative LLC, Syreeta Singleton and DOES 1-10 INCLUSIVE<br>Defendant(s) | CASE NUMBER:<br>2:25-cv-6788<br><br>**CERTIFICATION AND NOTICE**<br>**OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for      Joshua Isaacson, Shon Oku and Tyrone Perry
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Joshua Isaacson | Plaintiff |
| Shon Oku | Plaintiff |
| Tyrone Perry | Plaintiff |
| Sony Pictures Entertainment Inc. | Defendant |
| Tristar Pictures Inc. | Defendant |
| ColorCreative Productions Inc. | Defendant |
| ColorCreative Inc. | Defendant |
| ColorCreative LLC | Defendant |
| Syreeta Singleton | Defendant |

| | |
|---|---|
| 08/04/2025 | /s/ Corey D. Boddie |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiffs

CV-30 (05/13)                                                NOTICE OF INTERESTED PARTIES