UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-06788-AH-AYPx | Date | May 11, 2026 |
| Title | *Joshua Isaacson et al. v. Sony Pictures Entertainment, Inc. et al.* | | |

Present: The Honorable    Anne Hwang, United States District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On April 15, 2026, the Court ordered Plaintiff Joshua Isaacson ("Plaintiff") to personally appear at the continued hearing for Plaintiff's counsel's motion to withdraw as counsel on April 23, 2026. Dkt. No. 56. The Court's Order noted that failure to appear may result in sanctions. On April 20, 2026, Plaintiff's counsel filed proof of service of the Court's Order to Plaintiff via mail and email. Dkt. No. 57. Plaintiff failed to appear on April 23, 2026, and did not provide notice to the Court in advance. The Court ordered Plaintiff to appear at the continued hearing on May 7, 2026. Dkt. No. 59. Plaintiff again failed to appear on May 7, 2026.

The Court ORDERS Plaintiff to personally appear at the continued hearing on June 4, 2026, and to show cause, in writing, why this action should not be dismissed for lack of prosecution by June 2, 2026. Failure to personally appear at the hearing on June 4, 2026, or to timely and adequately respond to the order to show cause, will result in dismissal of this action without further order of the Court.

**IT IS SO ORDERED.**

---